# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4729
_____

J.W., Mother of A.W., W.W.,
L.W., P.W., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Jennifer Johnson, Judge.

August 17, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly M. Garner, Lake City, for Appellant.

Ward L. Metzger of the Department of Children and Families, Jacksonville; and Sara E. Goldfarb of the Guardian ad Litem Program, Tallahassee, for Appellee.